NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRUE SPEC GOLF LLC,**
*Appellant*

**v.**

**CLUB CHAMPION LLC,**
*Appellee*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2021-1612

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-01148.

---

**JUDGMENT**

---

NOAH LEIBOWITZ, Dechert LLP, New York, NY, argued for appellant. Also represented by GREGORY CHUEBON; DEREK J. BRADER, MICHAEL A. FISHER, Philadelphia, PA; MICHAEL JOSHI, Palo Alto, CA.

WILLIAM H. BURGESS, Kirkland & Ellis LLP, Washington, DC, argued for appellee. Also represented by JOHN C. O'QUINN; ROBERT ALAN APPLEBY, New York, NY; GIANNI CUTRI, Chicago, IL.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by KAKOLI CAPRIHAN, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 16, 2024
Date

Jarrett B. Perlow
Clerk of Court